**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 22-2058**

—————————

ANTHONY G. BRYANT,

　　　　　Plaintiff - Appellant,

　　　v.

STATE FARM INSURANCE COMPANIES,

　　　　　Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:21-cv-02956-DCN-MGB)

—————————

Submitted:  December 20, 2022　　　　　　　Decided:  December 22, 2022

—————————

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Anthony G. Bryant, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant appeals the district court's order requiring him to pay the full filing fee for his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Bryant v. State Farm Ins. Cos.*, No. 2:21-cv-02956-DCN-MGB (D.S.C. Sept. 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*